CATHERINE CORTEZ MASTO
Attorney General
CHAZ W. LEHMAN
Deputy Attorney General
Nevada Bar No. 12994
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1261
E-mail: clehman@ag.nv.gov

*Attorneys for Defendants Robert Bannister, James Cox, Wes Mattice, and Gregory Smith*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JERRY DUNLAP,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JAMES G. COX, JACK PALMER, ROBERT B. BANNISTER, GREG SMITH, WES MATICE,<br><br>　　　　Defendants. | Case No. 3:12-CV-00387-MMD-VPC<br><br>**STIPULATION AND ORDER<br>FOR DISMISSAL** |

It is stipulated and agreed by and between Plaintiff Jerry Dunlap, *pro se*, and Defendants, Robert Bannister, James Cox, Wes Mattice, and Gregory Smith, by and through counsel, Catherine Cortez Masto, Attorney General of the State of Nevada, and Chaz W. Lehman, Deputy Attorney General, that the civil rights complaint in the above captioned matter be dismissed with prejudice. Each party shall bear their own attorney's fees and costs.

DATED: December 9, 2013.

_____
JERRY DUNLAP
Plaintiff, *Pro Se*

Dated: December 9, 2013.

CATHERINE CORTEZ MASTO
Nevada Attorney General

By: _____
CHAZ W. LEHMAN
Deputy Attorney General
Bureau of Litigation

## ORDER FOR DISMISSAL WITH PREJUDICE

Having considered the preceding STIPULATION AND FOR DISMISSAL with prejudice, as agreed to by the parties hereinabove, good cause having been shown,

IT IS HEREBY ORDERED that this case be dismissed with prejudice.

Dated this 16th day of December, 2013.

_____
UNITED STATES DISTRICT JUDGE

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717